**VAN–126** Order for Refund of Unclaimed Funds – Rev. 05/14/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Rico Harris
 ( debtor has no known aliases )
PO BOX 2291
WILSON, NC 27893

TaxID: NA

Tonya Harris
 ( debtor has no known aliases )
PO BOX 2291
WILSON, NC 27893

TaxID: NA

CASE NO.: 98–05530–8–JRL

DATE FILED: September 15, 1998

CHAPTER: 13

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $2344.87 constituting unclaimed funds is declared due to EDS, c/o The Financial Resources Group Inc., 700 Mechem Drive, Suite 8B, Ruidoso NM 88345 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: February 20, 2009

*J. Rich Leonard* (signature)

J. Rich Leonard
United States Bankruptcy Judge